FILED
IN CLERKS OFFICE

2023 MAY 26  PM 4: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

Scott Edward Pelkey

vs.

Avril Haines, ~~in his official~~
Director of National Intelligence

5/24/23

To Whom It May Concern,

I'm being stalked, harassed, surveilled, and broadcast 24/7. Even as I prepare my documents - 'They' are always setting me up - I cannot eat, I cannot sleep, I cannot move about the world for any reason without stalking and harassment. Everyone seems to be involved. It is literal torture.

I'm asking the Intelligence Agencies to immediately stop the stalking, harassment, and sabotage of my life. I'm asking for retribution in the amount of $88.8 billion dollars. I know some of the things done to me, but even with that - I know you know even more.

This is happening because they put me on an international watchlist - labeling me a "Non Investigative subject." There is no recourse to discover why or how to address the reasons, most of which are fabricated. It's a well known fact most targeted individuals have no ties to terrorism.

Sincerely,
Scott Kelkey
Scott Edward Kelkey